IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMONDO GIBB ORTEGA,<br><br>      Petitioner,<br><br>  v.<br><br>JOHN W. HAVILAND, Warden,<br><br>      Respondent.               / | No. 09-02556 CW<br><br>ORDER GRANTING, IN PART, CERTIFICATE OF APPEALABILITY<br>(Docket Number 9) |

    Petitioner Armondo Gibb Ortega has filed a Notice of Appeal and a request for a certificate of appealability of two of the three clams raised in his petition for a writ of habeas corpus. Pursuant to 28 U.S.C. § 2253(c)(1)(A), an appeal of the final order in a habeas corpus proceeding may not proceed unless a certificate of appealability is issued. A certificate of appealability may issue only if the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); see also, Slack v. McDaniel, 529 U.S. 473, 483 (2000) (certificate of appealability may issue if petitioner shows "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right . . ."). The certificate of appealability must specify which issue or issues satisfies the showing required by § 2253(c)(2). See 28 U.S.C. § 2253(c)(3).

The Court certifies in accordance with 28 U.S.C. § 2253 that Petitioner has made a substantial showing of the denial of a constitutional right in regard to his first claim: denial of his Sixth Amendment right to counsel.  However, for the reasons set forth in the order denying the petition, Petitioner has not made a substantial showing of the denial of a constitutional right in regard to his second claim: that he was penalized for exercising his right to trial.  Petitioner does not seek a certificate of appealability on his third claim.  Accordingly, the certificate of appealability is granted, in part.

IT IS SO ORDERED.

Dated: August 25, 2010

CLAUDIA WILKEN
United States District Judge